UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION #02-400066-NMG

| | |
|---|---|
| WILLIE FELICIANO,<br>    Plaintiff<br>vs.<br><br>PRO CON, INC., JOHN DOE, INC.,<br>NAIRN, LLC AND<br>DYNACON BUILDERS, INC.,<br>    Defendants<br><br>PRO CON, INC.,<br>    Third-Party Plaintiff<br>vs.<br><br>DYNACON BUILDERS, INC.,<br>    Third-Party Defendant<br><br>DYNACON BUILDERS, INC.,<br>    Third-Party Plaintiff<br>vs.<br><br>LABOR READY, INC.<br>    Third-Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD-PARTY COMPLAINT AND JURY DEMAND
## OF DYNACON BUILDERS, INC.

1. The plaintiff, WILLIE FELICIANO, is a natural person who resides in Worcester, County of Worcester, Commonwealth of Massachusetts.

2. The third-party plaintiff, DYNACON BUILDERS, INC., is a New Hampshire corporation with a usual place of business in Bedford, NH.

3. The third-party defendant, LABOR READY, INC., is a Washington corporation having a usual place of business of Tacoma, Washington.

4. The third-party plaintiff, DYNACON BUILDERS, INC., says that the plaintiff, WILLIE FELICIANO, has brought an action against the defendant and third-party plaintiff, DYNACON BUILDERS, INC., for personal injuries he allegedly sustained while in the course and scope of his employment at premises located at the Courtyard by Marriott Hotel, in Worcester, MA. See Plaintiff's Amended Complaint, attached hereto and marked as Exhibit "A."

5. The third-party plaintiff, DYNACON BUILDERS, INC., says that the plaintiff, WILLIE FELICIANO, was an employee of the third party defendant, LABOR READY, INC. at the time of his alleged accident.

6. The third-party plaintiff, DYNACON BUILDERS, INC., says that the third party defendant, LABOR READY, INC. agreed to provide to the third-party plaintiff temporary laborers, including the plaintiff, to work at the construction site located at the Courtyard by Marriott Hotel, in Worcester, MA

## COUNT I

7. The third-party plaintiff, DYNACON BUILDERS, INC., repeats and realleges the allegations contained in paragraphs 1 through 6 of the Third-Party Complaint.

8. The claims of the plaintiff, WILLIE FELICIANO, arise out of acts of omissions of the third party defendant, LABOR READY, INC. through its failure to ensure that the plaintiff, WILLIE FELICIANO, was qualified to perform the work to which he was to be assigned.

9. The third-party plaintiff, DYNACON BUILDERS, INC., alleges that if the plaintiff, WILLIE FELICIANO recovers judgment against it on the claims asserted in the Amended Complaint in the above action that the defendant and third-party plaintiff is entitled to full indemnification from LABOR READY, INC., for its failure to ensure that the plaintiff, WILLIE FELICIANO, was qualified to perform the work to which he was to be assigned.

WHEREFORE, the defendant and third-party plaintiff demands judgment against the third-party defendant, LABOR READY, INC., for all or party of the plaintiff's claim against the defendant and third-party plaintiff together with interest and costs.

## COUNT II

10. The third-party plaintiff, DYNACON BUILDERS, INC., repeats and realleges the allegations contained in paragraphs 1 through 9 of the Third-Party Complaint.

11. If the third-party plaintiff, DYNACON BUILDERS, INC., is liable to the plaintiff which, in fact, is denied, the third-party plaintiff states that the third-party defendant, LABOR READY, INC., is also negligent and is therefore jointly and severally liable to the plaintiff, WILLIE FELICIANO.

12. The third-party plaintiff, DYNACON BUILDERS, INC., states that it is entitled to contribution from third-party defendant in accordance with the M.G.L. Ch. 231(B), §1.

WHEREFORE, the defendant and third-party plaintiff demands judgment against the third-party defendant, LABOR READY, INC., for all or part of the plaintiff's claim against the defendant and third-party plaintiff together with interest and costs.

## JURY DEMAND

The third-party plaintiff, DYNACON BUILDERS, INC., demands a trial by jury on all issues.

DYNACON BUILDERS, INC.,
By its attorneys,

David R. Hassett, Esquire #544443
Matthew G. Lindberg, Esquire #633630
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(508) 791-6287

Dated: June 6, 2003

## CERTIFICATE OF SERVICE

I, Matthew G. Lindberg, counsel of record for the third-party defendant, Dynacon Builders, Inc., in this action, do hereby certify that I have served a copy of the foregoing Motion for Leave to File Third Party Complaint, to all parties, by first class mail, postage prepaid, this 6th day of June, 2003, to:

Joseph H. Caffrey, Esquire
James G. Bynoe, Esquire
Law Offices of James G. Bynoe
446 Main Street
Worcester, MA 01608

Rickie T. Weiner, Esquire
Ellis Law Offices
33 Pleasant Street, Suite 2
Worcester, MA 01609

Anthony J. Siciliano, Esquire
Law Offices of Anthony J. Siciliano
115 State Street, Suite 403
P.O. Box 30302
Springfield, MA 01103-0302

Matthew G. Lindberg, Esquire