UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED IN CLERKS OFFICE
2003 SEP 30 A 11: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION #02-400066-NMG

| | |
|---|---|
| WILLIE FELICIANO,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| PRO CON, INC.<br>    Third-Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| DYNACON BUILDERS, INC.,<br>    Third-Party Defendant | )<br>)<br>) |
| DYNACON BUILDERS, INC.,<br>    Third-Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| LABOR READY, INC.,<br>    Third-Party Defendant | )<br>)<br>)<br>) |

**THIRD-PARTY DEFENDANT LABOR READY'S CROSS-COMPLAINT AGAINST PLAINTIFF, WILLIE FELICIANO FOR CONTRIBUTION AND INDEMNIFICATION**

The third-party defendant and cross-complainant, Labor Ready, Inc. ("Labor Ready"), by its attorney, and for a cross-complaint against plaintiff, Willie Feliciano, alleges as follows:

1. The cross-claimant, Labor Ready, is a Washington Corporation with its usual place of business in Tacoma, Washington.

2. The plaintiff and cross-defendant, Willie Feliciano

-1-

("Feliciano"), upon information and belief, is an individual residing in Worcester, Worcester County, Commonwealth of Massachusetts.

3. The defendant and third-party plaintiff Dynacon Builders, Inc. ("Dynacon"), upon information and belief, is a New Hampshire corporation with its usual place of business in Bedford, New Hampshire.

4. Upon information and belief, in or about April, 2002, the plaintiff and cross-defendant Feliciano brought suit against the defendant and third-party plaintiff Dynacon.

5. On or about July 23, 2003, the defendant and third-party plaintiff Dynacon brought a third-party complaint against the third-party defendant and cross-complainant Labor Ready.

### COUNT I

6. Cross-complainant Labor Ready repeats and realleges the allegations contained in paragraphs 1 through 5 of the Cross-Complaint as if fully set forth herein.

7. Cross-complainant Labor Ready states that if cross-defendant Feliciano and or any other claimant suffered any injuries or damages as alleged in the Plaintiff's Second Amended Complaint and Jury Claim, such injuries or damages were caused by the negligence, intentional act or omission, breach of contract or agreement, breach of duty, recklessness and/or wrongful acts or omissions (hereinafter collectively referred to as "wrongful

acts") on the part of the cross-defendant and not by the wrongful acts of the cross-complainant Labor Ready.

8. Based on the foregoing, if any judgment is recovered against cross-complainant Labor Ready by the third-party defendant Dynacon, such damages, costs, expenses and attorneys' fees will have been caused by the cross-defendant Feliciano for which the cross-complainant Labor Ready is entitled to indemnification, reimbursement and/or contribution from the cross-defendant for the entire amount of any judgment, if any, rendered against the cross-complainant Labor Ready together with expenses, costs and reasonable attorneys' fees.

WHEREFORE, cross-complainant Labor Ready requests:

1. That if it is determined that the third-party plaintiff Dynacon or any other claimant is entitled to judgment against cross-complainant Labor Ready, then cross-complainant Labor Ready have judgment over and against cross-defendant Feliciano for the full amount of any such judgment or other relief awarded to the third-party plaintiff Dynacon and/or any other claimant together with reasonable attorneys' fees and costs and expenses of suit.

2. That cross-complainant Labor Ready have judgment over and against cross-defendant Feliciano for indemnification, reimbursement and/or contribution.

3. That the Court award cross-complainant Labor Ready its costs, expenses and attorneys' fees.

4. That the Court award cross-complainant Labor Ready such other and further relief as may be just and equitable in this matter.

Dated: September 29, 2003

Respectfully submitted,
By the Cross-Complainant and
Third-Party Defendant
Labor Ready, Inc.

By its attorney,

*[signature]*

Rodney E. Gould (BBO# 205420)
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, MA 01701-0202
(508) 875-5222

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~.

Dated 9/29/03 *[signature]*